UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| PETER BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:20-cv-01020-JPH-MJD |
| | ) | |
| FISCHER Sgt. of IMPD, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER REGARDING MOTION TO DISMISS

Defendant, Sergeant Fisher of the Indianapolis Metropolitan Police Department, has filed a motion to dismiss Plaintiff Peter Brown's complaint for failure to state a claim. This means that Sergeant Fisher believes that even if the allegations in the complaint are accepted as true, they do not "state a claim to relief that is plausible on its face." *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) (quoting *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 570 (2007)).

Mr. Brown **SHALL RESPOND** to the motion to dismiss **by October 23, 2020.** If Mr. Brown does not respond, the Court may summarily rule in Sergeant Fisher's favor and dismiss the case. *See* S.D. Ind. L. R. 7-1(c)(5).

**SO ORDERED.**

Date: 10/2/2020

James Patrick Hanlon
James Patrick Hanlon
United States District Judge
Southern District of Indiana

1

Distribution:

PETER BROWN
P.O. Box 881442
Indianapolis, IN 49208

Michael John Sullivan
CITY LEGAL - INDIANAPOLIS
michael.sullivan@indy.gov